MARGARET M. REYNOLDS, APPELLANT, v. PEOPLES TRUST AND GUARANTY COMPANY, RESPONDENT.

Submitted October 30, 1931—Decided May 16, 1932.

For the appellant, *Ziegener & Brenner.*

For the respondent, *Morrison, Lloyd & Morrison.*

PER CURIAM.

This is an appeal from a judgment of the Supreme Court whose opinion is reported at 9 *N. J. Mis. R.* 43. In that opinion it is inadvertently stated that the judgment was based upon a nonsuit ordered by the trial judge, whereas in fact it was based upon a directed verdict. With this correction the judgment is affirmed for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.